# United States District Court
# Central District of California

| | |
|---|---|
| ERIK GHUKASYAN,<br><br>  Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC et al.,<br><br>  Defendants. | Case № 2:18-cv-09371-ODW (ASx)<br><br>**JUDGMENT** |

On July 2, 2019, Defendant BMW of North America, LLC, made an offer of judgment to Plaintiff pursuant to Federal Rule of Civil Procedure 68, which Plaintiff accepted. (Offer of J., ECF No. 20; Acceptance of Rule 68 Offer of J. (ECF No. 21-2). Accordingly, it is therefore **ORDERED, ADJUDGED, and DECREED** that Judgment is entered against Defendant BMW of North America, LLC, and for Plaintiff Erik Ghukasyan, as follows.

1. The judgment is in the amount of $51,000.00. For this sum, BMW of North America, LLC shall repurchase the 2016 BMW 740i Sedan, vehicle identification number WBA7E2C52GGD99837, at issue in this action ("Subject Vehicle"), in accordance with Civil Code section 1793, subdivision (d)(2).

2. Plaintiff shall return the Subject Vehicle to a mutually agreeable Southern California authorized BMW dealership, and shall on the same date execute the California Department of Motor Vehicle Forms including DMV form 262 necessary to transfer title of the Subject Vehicle free and clear of all liens and encumbrances (other than the lender's or lessor's interest in the vehicle, if any).

3. BMW of North America, LLC will pay Plaintiff's costs, expenses, and attorney fees, in accordance with Civil Code section 1794, subdivision (d), as determined by agreement of the parties or by noticed Motion.

4. Upon receipt of the payments described in paragraphs 1 and 3, Plaintiff shall dismiss this entire action with prejudice.

**IT IS SO ORDERED.**

October 8, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**